**SO ORDERED.**

**SIGNED this 30 day of May, 2013.**



_____
John T. Laney, III
**Chief United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: Scot Patrick Bonk and | * | CASE NO. 13-40396-JTL |
| Donna Marie Bonk, | * | |
| Debtors | * | CHAPTER 7 |

### ORDER ON MOTION TO TRANSFER VENUE

The Debtors' Motion to Transfer Venue was filed on April 30, 2013, after due notice and no objections being filed.

**IT IS HEREBY ORDERED** that Debtor's Motion to Transfer Venue to the Northern District of Georgia, Rome Division is **GRANTED**.

### END OF DOUCMENT

Submitted by,

_____/s/_____
Irenata S. Duncan
Georgia Bar No 223466
Attorney for Debtor

Deming, Parker, Hoffman,
Campbell & Daly
4851 Jimmy Carter Blvd
Norcross, GA 30093
(770) 564-2600

## DISTRIBUTION LIST

**American Express**
PO Box 981537
EL Paso, TX 79998

**American Express**
PO Box 981537
El Paso, Texas 7998-1537

**American Express**
PO Box 981537
El Paso, Texas 79998-1537

**Bank of America**
PO Box 982235
El Paso, Texas 79998

**Bank of America Home Loans**
450 American St SV
Simi Valley, California 93065

**Cap1/Best Buy**
PO Box 30253
Salt Lake City, UT 84130

**Capital One**
PO Box 30253
Salt Lake City, Utah 84130

**Capital One**
PO Box 30281
SLC, Utah 84130-0281

**Capital One Auto Finance**
3905 Dallas Pkwy
Plano, Texas 75093-7892

**Chase Bank USA**
PO Box 15298
Wilmington, Delaware 19850-5298

**Chase Card Services**
PO Box 15298
Wilmington, Delaware 19850

**Citi Cards/Citibank**
PO Box 6241
Sioux Falls, SD 57117

**Citicards/Citibank**
PO Box 6241
Sioux Falls, SD 57117

**Comenity Bank/ANNTYLR**
PO Box 182789
Columbus, OH 43218

**Discover Financial SVCS LLC**
PO Box 15316
Wilmington, DE 19850

**Family Savings Credit Union**
711 E. Meighan Blvd
Gadsden, AL 35903

**GECRB/Care Credit**
PO Box 965036
Orlando, FL 32896

**GECRB/TJX Cos DC**
PO Box 965005
Orlando, FL 32896

**Georgia Department of Revenue**
Bankruptcy Section, P O Box 161108
Atlanta, Georgia 30321

**Great Lakes Higher Education**
PO Box 7860
Madison, Wisconsin 53707

**HSBC Card Services**
PO Box 5222
Carol Stream, IL 60197

**Internal Revenue Service**
PO Box 7346
Philadelphia, Pennsylvania 19101

**Kennestone Hospital**
677 Church Street
Marietta, Georgia 30060

**Kohls/Capone**
PO Box 3115
Milwaukee, WI 53201

**Patient Accounts Bureau**
A Division of Hollis Cobb
Associates
PO Box 279
Norcross, Georgia 30091

**Sallie Mae**
11100 USA Pkwy
Fishers, IN 46037

**Society National/PHEAA**
PO Box 8155
Harrisburg, PA 17105

**USAA Savings Bank**
PO Box 33009
San Antonio, Texas 78265

**Wells Fargo Dealer Services**
PO Box 1697
Winterville, NC 28590

**WFNNB Ann Taylor**
PO Box 659705
San Antonio, TX 78256

**Capital One, N.A.**
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712

**Capital One Auto Finance**
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006

**Philip L. Rubin**
Lefkoff, Rubin and Gleason, PC
5555 Glenridge Connector
Suite 900
Atlanta, GA 30342

**Joy R. Webster**
Akin, Webster and Matson, P.C.
P.O. Box 1098
Macon, GA 31202

*U.S. Trustee*
**U.S. Trustee - MAC**
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201